UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Basham, individually and
on behalf of the Estate of Vicki
G. Holcomb,

      Plaintiff,                      Civil No. 06-2078 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 23, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge